UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 6:24-mj-1706-RMN

TONY HENDERSON

AUSA: Michael Sartoian

| Judge: | **ROBERT M. NORWAY**<br>United States Magistrate Judge | Date and Time: | **July 2, 2024**<br>9:41 A.M.-10:11 P.M. |
|---|---|---|---|
| Courtroom: | 3C | Total Time: | 30 minutes |
| Deputy Clerk: | L. Jernigan | Reporter: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| Interpreter: | None | Pretrial/Prob: | No Appearance |

**CLERK'S MINUTES**
**Initial Appearance (CVB)**

Case called, appearances made, procedural setting by the Court.
Court inquires of the defendant. No issue as to competency.
Court advises defendant of his rights.
Government advises of the pending violations and potential penalties.
Defendant addresses the court.
Defense oral motion for appointment of counsel. Motion granted. Court appoints FPD. Order to be entered.
Court advises government of the requirements pursuant to the Due Process Protections Act.
Court adjourned.